UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CURTIS LEWIS JONES,

      Plaintiff,

v.

KATHY OLSON, et al.,

      Defendants.

                              /

Case No.  2:15-CV-156

HON. GORDON J. QUIST

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's September 27, 2016 Report and Recommendation recommending that Defendants' motion for summary judgment be granted in part and denied in part.  The Report and Recommendation was duly served on the parties on September 27, 2016.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the September 27, 2016 Report and Recommendation (ECF No. 18) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment based on Plaintiff's failure to exhaust administrative remedies (ECF No. 14)) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **granted** with regard to Plaintiff's claims against Defendant Pillion, who is dismissed without prejudice, and **denied** with regard to the remaining Defendants.

Dated:  October 20, 2016　　　　　　　　　　　　　/s/ Gordon J. Quist
　　　　　　　　　　　　　　　　　　　　　　　　GORDON J. QUIST
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE