UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF MICHIGAN
                             NORTHERN DIVISION

Curtis Lewis Jones,                )
         Plaintiff,                )
                                   )   No. 2:15-cv-156
-v-                                )
                                   )   HONORABLE PAUL L. MALONEY
Kathy Olson & T. Menard,           )
         Defendants.               )
                                   )

## JUDGMENT

In accordance with the jury verdict returned and entered on May 31, 2019, and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters for Defendants Olson and Menard and against Plaintiff Curtis Jones.

**IT IS SO ORDERED.**

Date: May 31, 2019                         /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge